1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   VAUGHN EMERY WALTON,

11          Plaintiff,                    No. 2:10-cv-1591 DAD (PC)

12      vs.

13   MICHEAL EVANS, Warden, et al.,

14          Defendants.                   ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18   U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

19   plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

20   certified copy of his prison trust account statement for the six month period immediately

21   preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

22   opportunity to submit a completed in forma pauperis application and a certified copy in support

23   of his application.

24   /////

25   /////

26   /////

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission and submit the following documents to the court:

a.  A complete Application to Proceed In Forma Pauperis By a Prisoner; and

b.  a certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of the complaint.

2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3.  Plaintiff's failure to comply with this order may result in the dismissal of this action without prejudice.

DATED: November 8, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
walt1591.3c

1

2

3

4

IN THE UNITED STATES DISTRICT COURT

5        FOR THE EASTERN DISTRICT OF CALIFORNIA

VAUGHN EMERY WALTON,

6              Plaintiff,                    No. 2:10-cv-1591 DAD (PC)

        vs.

7   MICHEAL EVANS, Warden, et al.,           NOTICE OF SUBMISSION

              Defendants.

8   _____/

              Plaintiff hereby submits the following document in compliance with the court's

9   order filed _____:

              _____              Complete Application to Proceed In Forma Pauperis

10                                          By a Prisoner/Certified Copy of Prison Trust Account

                                            Statement

11

DATED:

12

13

14                                          _____

                                            Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26